## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Law Offices of Svetlana L. Kaff, P.C. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 82-3918682 |

4. **Debtor's address**

**Principal place of business**

1728 Union Street
Number        Street

Suite 307

San Francisco          CA       94123
City                         State     ZIP Code

San Francisco County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                         State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                         State     ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

Case: 25-30600    Doc# 1    Filed: 07/30/25    Entered: 07/30/25 19:14:20    Page 1 of 33

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5411

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                             MM / DD / YYYY

           District _____ When _____ Case number _____
                             MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

           District _____ When _____
                                   MM / DD / YYYY

           Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| | |
| City | State | ZIP Code |

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Case: 25-30600     Doc# 1     Filed: 07/30/25     Entered: 07/30/25 19:14:20     Page 3 of 53

| Debtor | Law Offices of Svetlana L. Kaff, P.C. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/30/2025__
MM / DD / YYYY

✖ __/s/ Svetlana Kaff__
Signature of authorized representative of debtor

__Svetlana Kaff__
Printed name

Title __President__

**18. Signature of attorney**

✖ __/s/ Ruth Auerbach__
Signature of attorney for debtor

Date __07/30/2025__
MM / DD / YYYY

__Ruth Auerbach__
Printed name

__Ruth Auerbach__
Firm name

__236 West Portal Ave., Suite 185__
Number          Street

__San Francisco__          __CA__          __94127__
City          State          ZIP Code

__(415) 722-5596__          __ruth.auerbach.esq@gmail.com__
Contact phone          Email address

__104191__          __CA__
Bar number          State

Case: 25-30600    Doc# 1    Filed: 07/30/25    Entered: 07/30/25 19:14:20    Page 4 of 53

Adil Kazhibayav
4310 Lone Tree Court
Naperville, IL

Adil Kazhibayev
4310 Lone Tree Court
Naperville, IL 60564

Adnrii Savchuk
6321 Shiloh Way
Sacramento, CA 95841

Aiflia Abdullaeva
571 Ocean Parkway
Apt 6C
Brooklyn, NY 11218

Aigul Serkeshbayeva
616 237the Pl. SE
Apt D
Bothell, WA 98021

Ailda Atagian
3201 Sawtelle Blvd.
Apt 112
Los Angeles, CA 90066

Ainagul Manabayeva
1300 Eagle Ridge Dr S
Apt 11062
Renton, WA 98055

Akmaia Annakulyeva
1902 Hampton Dr
Wheaton, IL 60189

Alana Pushniakova
470n 21st Ave
Apt 4
San Francisco, CA 94121

Albina Muratova
21495 Campo Allegro Drive
Boca Raton, FL 33433

AlekAleksei Obukhov
15807 Clems Creek Lane
Apt 2203
Charlotte, NC 28277

Aleksandr & Vladimir Zhdanov
4719 Hayford Way
Apt 3
Sacramento, CA 95842

Aleksandr Gapon
2679 E 138th Cir
Arapahoe, CO 80802

Aleksandr Goncharov
2001 Plateau Vista Blvd.
Apt 3315
Sandy, TX 78665

Aleksandr Karpov
18741 Caminito Pasadero
Apt 89
San Diego, CA 92128

Aleksandr Kezhapkin
254 Lynnway
Apt 505
Lynn, MA 01901

Aleksandr Meus
414 Picketts Mill Run
Acworth, GA 30101

Aleksandr Petrenko
8601 Lincoln Blvd.
Apt 4116
Los Angeles, CA 90046

Aleksandr Postnikov
6336 San Benito Way
Citrus Heights, CA 95610

Aleksandr Potapov
14995 E Lehigh Ave
Aurora, CO 80014

Aleksandr Riabichkin
2356 Moraine Circle
Apt 7
Rancho Cordova, CA 95670

Aleksandr Semukhin
11615 Blakewood Drive
Apt 102
Charlotte, NC 28277

Aleksandr Shishkin & Oleg Shishkin
17002 Cypress Knee Drive
Cypress, TX 77429

Aleksandr Shkaev
418 N wnd Street
Apt 7
Elkhart, IN 46516

Aleksandr Steinikov
1515 Clark Street
Van Nuys, CA 91411

Aleksei Burenkov
7532 Naoke Ave
Citrus Heights, CA 95610

Aleksei Egorov
6382 Bonnie Bay Circle N
Pinellas Park, FL 33781

Aleksei Galimov
10728 Woodlore Pl
Las Vegas, NV 89144

Aleksei Kontsevoi
2133 Woodlawn Drive
Rancho Cordova, CA 95670

Aleksei Miasnikov
7644 Fey Way
Elk Grove, CA 95757

Aleksei Prokoiev
161 Santa Barbara
Irvine, CA 92606

Aleksei Simimov
2220 Rycarba Lane
Cool, CA 95614

Aleksei Spindonov
9811 Olive Street
Oakland, CA 94603

Aleksei Voloshin
19821 Dinner Key Dr
Boca Raton, FL 33498

Alex Allen
1769 E Walnut Street
Apt 4015
Pasadena, CA 91106

Alexander Kudryashov
1601 Sunnyvale Ave
Apt 7
Walnut Creek, CA 94597

Alexandr Emelianov
5734 Callie Lane
Apt B
Sacramento, CA 95841

Alexandr Iurev
4800 Marconi Ave
Apt 254
Carmichael, CA 95608

Alexandr Krasnov
11227 Acala Ave
San Fernando, CA 91340

Alexandr Kungurtsev
4317 NE 66th Ave
Apt 94
Vancouver, WA 98661

Alexandr Shambasov
8047 Camino Huerta
San Diego, CA 92122

Alexandr Shevtsov
1239 Park Drive
Apt 9
Mountain View, CA 94040

Alexey Anzheurov
2736 Red Sage
Irvine, CA 92618

Alexey Kalnin
32398 Gardenwall drive
Temecula, CA 92592

Alexey Kiprin
9821 Research Drive
Apt 3115
Charlotte, NC 29262

Alexey Kudrov
266 Tarpon Bay Blvd
Haines City, FL 33844

Alexey Ovchinkin
1501 26th Ave
San Francisco, CA 94122

Aliaksandr
Havarouski
1094r5 Bluffside Drive
Studio City, CA 91604

Alibek Zhubanyshev
2313 Ringstaff Rd
Leander, TX 78641

Alimzhan Islamkulov
15204 Fletcherstone Way
Eagle Rock, NC 27523

Alina Boiko
8560 Longspur Way
Antelope, CA 95843

Alina Yessengaliyeva
2005 California Street
Apt 32
Mountain View, CA 94040

Alisa Malina
7434 Auburn Oaks Court
Apt 136
Citrus Heights, CA 95621

Anastasia Denisova
5813 Annandale Drive
Carmel, IN 46033

Anastasia Posashenko
23 Weepingwood
Irvine, CA 92614

Anastasia Uldanova
6300 Randi Ave
Apt F304
Woodland Hills, CA 91367

Anastasiia Benko
1q224 Chesnut Street
San Francisco, CA 94109

Anastasiia Goriacheva
6201 Chapel Hill Blvd.
Apt 3114
Plano, TX 75093

Anastasiia Petrychenko
13713 90th Ave NE
Kirkland, WA 98034

Anastasiia Verkhova
448 Parkway Drive
Apt 303
Lincolnshire, IL 60069

Anastasiia Vladimirova
3550 Carter Drive
Apt 11
South San Francisco, CA 94080

Anatolii Abrakov
11510 NE 22nd Circle
Vancouver, WA 98684

Anatolii Belov
4100 N Marine Drivea
Apt 3C
Chicago, IL 60613

Anatolii Koniaiev
4400 Shandwick Drive
Apt 112
Antelope, CA 95843

Anatoly Artemov
36410 Sereno Common
Fremont, CA 94536

Andrei & Sergei Markov
25102 143rd Street SE
Monroe, WA 98272

Andrei Chibakov
5334 Kenneth Ave
Apt 3
Fair Oaks, CA 95628

Andrei Denisov
7323 York Town Pl
Apt 1004
Sacramento, CA 95842

Andrei Goncharenko
4137 George Ave
Apt 4
San Mateo, CA 94403

Andrei Kania
956 Pettis Ave
Apt 3
Mountain View, CA 94041

Andrei Kania
950 N Duesenberg Dr
Apt 3204
Ontario, CA 91764

Andrei Konstanchenko
5055 Denta Ave
Apt 46
San Jose, CA 95118

Andrei Madasov
300 Frankfort Street
Daly City, CA 94014

Andrei Nazarov
1131 N Barston Ave
Covina, CA 91724

Andrei Salabal
2502 Gary Court
West Sacramento, CA 95691

Andrei Suprunov
1549 Franklin Street
Apt A
San Francisco, CA 94109

Andrei Tsvelev
15001 35thAve W
Apt 3-201
Lynnwood, WA 98087

Andrey and Aleksandr Kozlov
830 Saratoga Ave
Apt G207
San Jose, CA 95129

Andrey Kutsenko
1588 20th Ave
Apt 2
San Francisco, CA 94122

Andrey Lukke
8800 Sierra College Blvd
Apt 1423
Roseville, CA 95661

Andrii Kavuza
38137 35th Way S
Auburn, WA 98001

Andrii Moroz
8140 Oakwood Bend Ave
Las Vegas, NV 89113

Andrii Voronin
1503 Sammy Way
Rocklin, CA 95765

Angelina Depelian
1538 Maurice Lane
Apt 75
San Jose, CA 95129

Angelina Fedorenko
25 35th Ave.
Apt. B
San Mateo, CA 94403

Anna Kravtsova
210 174th Street
North Miami Beach, FL 33160

Anna Krupnova
2432 Julliard Circle
Roseville, CA 95661

Anna Nebelska
700 Gibson Drive
Apt 3224
Roseville, CA 95678

Anna Novakh
1621 Seattle Hill Road
Apt D3
Bothell, WA 98012

Anna Pond
1220 Tasman Drive
Apt 129
Sunnyvale, CA 94089

Anna Shakhnazarova
706 City Walk Place
Apt 8
Hayward, CA 94541

Anrei Chekhlov
751 Central Park Drive
Apt 2212
Roseville, CA 95678

Anton Epifanov
5805 Charlotte Drive
Apt 519
San Jose, CA 95123

Anton Isko
416 CollegeAve
Palo Alto, CA 94306

Anton Kolesnikov
2913 Merriam Lane
El Dorado Hills, CA 95762

Anton Krapivko
138 N Beaudry Ave
Apt 234
Los Angeles, CA 90012

Anton Lutsenko
6418 Belgrove Way
Carmichael, CA 95608

Anton Romantcov
12920 Poinsettia Ave
Seminole, FL 33776

Anton Surzhikov
7434 Auburn Oaks Court
Apt 138
Citrus Heights, CA 95621

Anton Terekhin
4945 Tyler Street
Sacramento, CA 95841

Anzhela Simakhina
4725 SW Lombard Ave
Apt 401
Beaverton, OR 97005

Anzhelika Gromova
215 SE 182nd Ave
Apt 1
Portland, OR 97233

Arina Kasevych
3131 NE 188th Street
Apt 2-1204
Miami, FL 33180

Armine Novichkova
3290 Meadow Creek Way
Cleveland, TN 37323

Arsen Gadzhiev
8232 Schellhous Drive
Roseville, CA 95747

Arsenii Tsvetkov
4210 E Fletcher Ave
Apt B5190B
Tampa, FL 33613

Arsian Lichgoryaev & Elena Lichgoryaeva
5460 White Oak Ave
Apt C114
Encino, CA 91316

Artem and Nikolai Pochtovalov
845 Equinox Lopp
Lincoln, CA 95648

Artem , Galina and Anton Demyshav
3512 Vision Common
Apt 308
Fremont, CA 94538

Artem Ageev
200 W Wilson Ave.
Apt 2220
Glendale, CA 91203

Artem Iudinstev
20508 Fair Oak Lane
Estero, FL 33928

Artem Miroshnychenko
2926 O Street SE
Apt F
Auburn, WA 98002

Artur Aminov
1970 Northstar Way
Apt 150
San Marcos, CA 92078

Artur Atroshchenko
12041 186th Street
Artesia, CA 90701

Artur Baitler
12131 Se 14th Street
Bellevue, WA 98005

Artur Baveian
6709 Independence Ave.
Apt 510
Canoga Park, CA 91303

Artur Cheldyshev
12824 District South Drive
Apt 6401
Charlotte, NC 28277

Artur Meshcheriakov & Marina Meshcheniakova
7106 N Sheridan Rd
Apt R3
Chicago, IL 60626

Artur Senko
3041 Adelaide Loop
Roseville, CA 95747

Artyom Filippov
3812 Meramonte Way
North Highlands, CA 95660

Artyom Kravchenko
4810 Stony Creek Lane
Winston Salem, NC 27127

Asian Sozaev
9149 Newhall Drive
Apt 93
Sacramento, CA 95826

Aslan Agiev
380 Avenue U
Apt 3F
Brooklyn, NY 11223

Attynay Abdrakhmanova
150 N East River Rd
Apt 343
Des Plaines, IL 60016

Atyom Sussak
6775 Golden Gate Drive
Apt 226
Dublin, CA 94568

Audrey Goncharov
99 Vista Montana
Apt 2423
San Jose, CA 95134

Audrey Retivykh
2435 South Drive
Santa Clara, CA 95051

Audrey Ryabchin
12062 Fairhope Road
San Diego, CA 92128

Axamat Murzabayev
2313 Ringstaff Road
Leander, TX 78641

Baatr Arshaev
355 Serrano Dr.
Apt 7B
San Francisco, CA 94132

Bauyrzhan Beisenov
1131 Mason Court
Apt E
San Francisco, CA 94130

Bekhruz Nagzibekov
10531 Pineville Ave
Cupertino, CA 95014

Bohdan Ischenko
3963 W Belmont Ave
Apt 522
Chicago, IL 60618

Bohdan Nakonechnyi
3776 Lindero Drive
Concord, CA 94519

Bohdan Poperechnyi
753 Fair Oaks Ave
Apt 119
Sunnyvale, CA 94086

Bolotgbek Nazarbekov
449 Lockewood Lane
Scotts Valley, CA 95066

Boris Kuksin
5856 Harold Way
Apt 1
Los Angeles, CA 90028

Boris Stankov
3875 Huntington Road
West Sacramento, CA 95691

Borys Polushko
1390 Market Street
Apt 2026
San Francisco, CA 94102

Cleg Belodedov
1136 Kensington Lane
Lincoln, CA 95648

Dan Giniatullin
274A 19th Ave
San Francisco, CA 94121

Daniil and Ivan Sashchenko
2745 Orchard Lane
Apt 14315
Sacramento, CA 95833

Danlil Dumanskii
13163 Fountain Park Drive
Apt B-432
Los Angeles, CA 90094

Danylo Miakotin
21385 Bertram Rd
San Jose, CA 95120

Danylo Vynohradov
67546 County Road 23
New Paris, IN 46553

Daria Orlova
14995 E Lehigh Ave
Aurora, CO 80014

Denis Bannov
7257 Pepperwood Knoll Ln
Apt 165
Sacramento, CA 95842

Denis Maximov
639 19th Ave
San Francisco, CA 94121

Denis Mihalev
701 Gibson Drive
Apt 921
Robbins, CA 95676

Denis Mudrov and Inna Mudrova
751 Central Park Dr.
Apt 3232
Roseville, CA 95678

Denis Myshkov
9442 Oak Ave
Orangevale, CA 95662

Denis Nuka
201 W California Ave
Apt 103
Sunnyvale, CA 94086

Denis Priakhin
12728 Rancho Penasquitos Blvd
Apt 83
San Diego, CA 92129

Denis Tigay
1806 Simplicity
Irvine, CA 92620

Denis Yashchenko
24311 County Road 40
Goshen, IN 46526

Denys Bondar
10204 NW 209th Lane
Alachua, FL 32615

Diana Konnova
919 S Winchester Blvd
Apt 373
San Jose, CA 95128

Dimitry Didenko
291 J Street
Apt B
Lincoln, CA 95648

Dmitri Baranov
233 Southwick Court
Vernon Hills, IL 60061

Dmitri Ivashulin
10001 Venice Blvd.
Apt 428
Los Angeles, CA 90034

Dmitri Krivaksin
25399 The Old Road
Apt 8201
Stevenson Ranch, CA 91381

Dmitri Likhonin
16310 NE 101 Street
Salkum, WA 98582

Dmitri Mironenko
3395 Oselot Way
Rancho Cordova, CA 95670

Dmitri Palanovski
5615 Picardy Dr S
Oakland, CA 94605

Dmitri Reison
7550 S. Blackhawk St
Apt 5107
Englewood, CO 80112

Dmitri Velikii
2550 Waterview Drive
Apt 462
Northbrook, IL 60062

Dmitri Vladimirov
10810 Spring Cypress Rd
Tomball, TX 77375

Dmitrii Kolomoitsev
11328 NE 51st Cir
Apt 173
Vancouver, WA 98682

Dmitriy Ten and Raisa Ten
638 E Tujunga Ave
Apt D
Burbank, CA 91501

Dmitry Arkhipenko
129 Carova Bend
Apex, NC 27539

Dmitry Chuveev
2851 Westwood Lane
Carmichael, CA 95608

Dmitry Shiryaev
1501 26th Ave
San Francisco, CA 94122

Dmitry Yuryev
13620 Valeri Street
Apt 2
Van Nuys, CA 91405

Dmytro & Oleksandr Melnyk
5525 N Chester Ave
Apt 48
Chicago, IL 60656

Dmytro Kulyk
1562 Noe Street
San Francisco, CA 94131

Dmytro Kurylov
3040 Howe Ave
Apt 32
Sacramento, CA 95821

Dmytro Nahaitsev
2901 NE Whitman Ave
Vancouver, WA 98662

Dmytro Robota
2207 Hastings Dr
Apt 75
Belmont, CA 94002

Dmytro Rudnev
3623 Lakeland Way
Elk Grove, CA 95758

Doina Pascal
7532 Greenback Lane
Apt 216
Citrus Heights, CA 95610

Donier Taglev
550 Gunderson Drive
Apt 107
Carol Stream, IL 60188

Dzmitry Nebladukhin
30462 Clover Crest Ct.
Murieta, CA 92563

Edgar Baloian
22294 City Centre Drive
Apt 5210
Hayward, CA 94541

Eduard Akhatau
431 Smith Rd
Apt 14-204
Saint Charles, IL 60174

Eduard Barylko
4800 Steiner Ranch Blvd.
Apt 14204
Austin, TX 78732

Eduard Evtushevsky
43 Santa Cruz Ave.
San Francisco, CA 94112

Eduard Koval
477 34th Ave
Apt 6
San Francisco, CA 94121

Eduard Yugay
2404 Patricia Drive
Apt 3
Santa Clara, CA 95050

Egor Hlopetki
137 Gralina Ter
Fremont, CA 94539

Egor Moshkin
1170 McAllister Street
Apt 402
San Francisco, CA 94115

Ekaerina Ivanova
5100 Wilshire BLvd.
Apt 217
Los Angeles, CA 90036

Ekaterina Andreeva
1339 78th Street
Apt 2
Brooklyn, NY 11228

Ekaterina Batova
1A Microdistrict Severnoe Chertanovo
Apt 202
Moscow, Russia, 117648

Ekaterina Kulbashinka
1201 South Main Street
Apt 369
Milpitas, CA 95035

Ekaterina Mateorova
845 S Monroe Street
Apt 2
San Jose, CA 95128

Ekaterina Rychkova
2138 26th Avenue
San Francisco, CA 94116

Ekaterina Tronina
2211 Stockton Street
Apt 3202
San Francisco, CA 94133

Ekaterina Uss
11328 NE 51st Cir
Apt 279
Vancouver, WA 98682

Elana Kochetkova
1112 Larkin Street
Apt 408
San Francisco, CA 94109

Elena Butova
425 Drake Court
Wilmington, NC 28403

Elena Shpak
361 Bridgeview Drive
Auburn, CA 95603

Elveg Takhtenov
1305 1/2 Castro
San Francisco, CA 94114

Emiliia Neskoromna
171 SW 8th Ave
Meridian, ID 83642

Emin Dadashov
1779 81st Street
Apt 816
Brooklyn, NY 11214

Eugeniu Marian
2810 SE 8th Street
Apt 1131
Renton, WA 98058

Evgenii Dikevich
7434 Auburn Oaks Court
Apt 123
Citrus Heights, CA 95621

Evgenii Iullo
6601 Blue Oaks Blvd
Apt 5700
Rocklin, CA 95765

Evgenii Makhov
5724 North Ave
Carmichael, CA 95608

Evgenii Merezhko
1002 Sammy Way Bldg 10
Rocklin, CA 95765

Evgenii Novakovskii
10912 Gadsten Way
Rancho Cordova, CA 95670

Evgenii Novakovskii
12832 Dale St
Garden Grove, CA 92841

Evgenii Vasilenko
11545 Moorpark St
Apt 201
North Hollywood, CA 91602

Evgenii Zoteev
3589 Lochinvar Ave
Apt 15
Santa Clara, CA 95051

Evgeniya Skogoreva
100 N Whisman Rd
Apt 2322
Mountain View, CA 94043

Evgeny Burlakov
8542 Cloudcroft Way
Orangevale, CA 95662

Evghenii & Maksim Morozov
6128 S 239th S
Apt Q303
Kent, WA 98032

Fwlika Swisyah
225 Grand Blvd
Apt 5
San Mateo, CA 94401

Gabriel Pedro
2901 NE 1st Ave
Apt 2405
Miami, FL 33137

Galina and Alexander Vannik
1243 Manet Drive
Sunnyvale, CA 94087

Galina Lazareva
1349 LaBella Ave
Sunnyvale, CA 94087

Georgii Nitkevich
17002 Cypress Kneww Dr
Cypress, TX 77429

German Iantoen
55765 Malibu Lane
Naperville, IL 60540

German Tereshchenko
2416 Paradise Circle
Plainfield, IL 60586

Ghazar Mkrtumyan
569 Oak Street
Apt 4
Glendale, CA 91204

Gilberto Portillo-Argueta
178 Wilson Street
San Francisco, CA 94112

Grigori Permiakov
2528 E 24th Street
Brooklyn, NY 11235

Grigoriii Bereslovskii
5746 N. Winthrop Ave
Apt 3
Chicago, IL 60660

Gulnara Chunareva
5614 California Street
Apt 2
San Francisco, CA 94121

Halina Gadzeyeva
599 Baltic Way
San Jose, CA 95111

Hanna Dzmitryieva
1429 N Driftwood Ave
Palatine, IL 60067

Hanna Petrenschuk
5801 Winding Way
Apt 32
Carmichael, CA 95608

Iaroslav Getman
3060 Bristol Rd
Apt 193
Bensalem, PA 19020

Iaroslav Minakov
4141 Palm Ave
Apt 244
Sacramento, CA 95842

Iegor Vynogradov
1825 Galindo St
Apt 435
Concord, CA 94520

Igor & Maxim Tocarev
1310 Turk Street
Apt 204
San Francisco, CA 94115

Igor and Artyom Yevdokimov
0726 Ohem Plaza
Apt 11
Omaha, NE 68127

Igor Shmakov
315 Wildberry Lane
Brentwood, CA 94513

Ihor Kurliak
6321 Shiloh Way
Sacramento, CA 95841

Ihor Prystupa
7344 Watt Ave
Apt 33
North Highlands, CA 95660

Ilia Kucherenko
23511 Aliso Creek Road
Apt 179
Newport Beach, CA 92658

Ilia Novikov
1631 La Pradera Drive
Campbell, CA 95008

Ilia Sotnikov
10143 Mountair Ave
Tujunga, CA 91042

Ilia Vanchikhin
12609 NE 44th Street
Apt V
Vancouver, WA 98682

Ilya Makashov
7208 Brattle Ct
Sacramento, CA 95842

Inna Pashniak
2121 6th Avenue
Apt 1605
Seattle, WA 98121

Inna Vrublevskaya
9364 Mirandy Dr
Sacramento, CA 95826

Ioan Andras
3401 Greenwood Lane
Placerville, CA 95667

Irina Catanol
3926 Apple Blossom Way
Brooks, CA 95606

Iryna Kulikovska
2210 Silver Creek Lane
Roseville, CA 95747

Iryna Shashko
1220 N Las Palmas Ave
Apt 401
Los Angeles, CA 90038

Isiam Zainullin
2419 137th Ave SE
Bellevue, WA 98005

Iskander Zaynullin
221 W Elm Ave
Apt T
Burbank, CA 91502

Iulia Sadikova
2953 Biglow Drive
Olivehurst, CA 95961

Iuliia Chernaia
5520 Generals Pt.
Apt 67
North Highlands, CA 95660

Iuliia Kovbasiuk
673 Brannan Street
Apt 210
San Francisco, CA 94107

Iuliia Nikitna
19 Terners Dr
Apt 22
Sausalito, CA 94965

Iurii Babenko
3646 Pioneer Trail
Apt 10
South Lake Tahoe, CA 96150

Iurii Popkov
5729 W Las Positas Blvd
Apt 101
Pleasanton, CA 94588

Iurii Trotsiuk
1131 Reston Drive
Folsom, CA 95630

Iurii, Konstantin, Vladislav, Nikolai, Vladim
2646 Via La Poloma
Carrollton, TX 75006

Ivan Adamov
1117 Malone Rd
San Jose, CA 95125

Ivan Ageev
17199 Roberto Street
Castro Valley, CA 94546

Ivan Grinevich
4549 Greenholme Dr.
Apt 4
Sacramento, CA 95842

Ivan Iacubol
197 John Henry Circle
Folsom, CA 95630

Ivan Ignatev
6601 Todd Court
Sacramento, CA 95842

Ivan Sergeev
780 Oak Grove Road
Apt C314
Concord, CA 94518

Ivan Vyzir
5272 Fandango Loop
Roseville, CA 95747

Juliia Dudareva
500 Amalfi Loop
Apt 430
Milpitas, CA 95035

Juliia Efremova
422 Allen Court
Apt 422A
Wheeling, IL 60090

Kakhramon Nadjimov
911 E 5th Ave
San Mateo, CA 94402

Kamil Zakharenko
9364 Mirandy Dr
Sacramento, CA 95826

Karina Ismagulova
4810 Stony Creek Lane
Winston Salem, NC 27127

Karina Petrova
5008 MarconiAve.
Apt 69
Carmichael, CA 95608

Kateryna Afanasiad
909 Beauford Place
Pacific Grove, CA 93950

Khasan Ismoilov
2039 Ocean Ave.
Apt 801
Brooklyn, NY 11230

Khrystyna Stanchieva
7665 Kilarney Lane
Apt 120
Citrus Heights, CA 95610

Kirill Nakariakov
3140 Theresa Ave
Las Vegas, NV 89101

Konstantin and Pavel Kovalev
845 Equinox Loop
Lincoln, CA 95648

Konstantin Babichev
4489 17th Street
Apt 1
San Francisco, CA 94114

Konstantin Badmaev
352 Brighton Ave
Apt 214
San Francisco, CA 94112

Konstantin Borisov
4209 Horgan Way
Sacramento, CA 95821

Konstantin Bortsov
3431 Austin St
Sebring, FL 33872

Konstantin Gorbunkov
945 Beacon Ave
Apt 202
Los Angeles, CA 90015

Konstantin Grekov
7184 Star Trail Way
Roseville, CA 95747

Konstantin Lepaev
5 Berkeley Ave
San Anselmo, CA 94960

Kostiantyn, Viacheslav, Marina and Dennis She
1110 W Farmer Street
Apt 1110
Ozark, MO 65721

Kristina Azarova
4241 Migration Drive
Apt 1
Jacksonville, FL 32257

Kristina Davydova
613 Copperwood Court
Woodruff, SC 29388

Kristina Dontsova
355 Serrano Drive
Apt 7B
San Francisco, CA 94132

Kristina Kutepova
306 Canoe Court
Redwood City, CA 94065

Kristina Tolmacheva
1205 Palm Ave
Roseville, CA 95661

Kyrylo Vlasenko
721 Box Canyon Rd
Canoga Park, CA 92304

Lana Gordienko
14845 RObinson Street
Shawnee Mission, KS 66223

Leila Ilakhunova
140 Fig Tree Lane
Apt 1B
Martinez, CA 94553

Lida Kovalska
302 4th Street
apt 227
San Rafael, CA 94901

Lidya Sydarenko
463 26th Avenue
Apt 404
San Francisco, CA 94121

Iiliia Potemkina
4429 Mitchum Ct.
Antelope, CA 995843

Liliia Yeshchenko
10369 Scotland Ave
Indian Land, SC 29707

Liudmila Isaeva
1051 BeachPark Blvd
Apt 213
San Mateo, CA 94404

Liudmila Loznianskaia & Igor Loznianskii
805 C-Bar Ranch Trail
Apt 4016A
Cedar Park, TX 78613

Liudmilla Gorbunova
1070 Wellness Place
Apt 2212
Henderson, NV 89011

Lizeth Lopez-Bustamante
1355 California Street
Apt 3
San Francisco, CA 94109

Lubova Mihalcuka
5110 Rhode Island Drivea
Apt 3
Sacramento, CA 95841

Ludmilla and Liana Sosnilo
2940 Eastern Ave
Apt 30
Sacramento, CA 95821

Lyubov Andreichenko
1313 Swallowtail Drive
Roseville, CA 95747

Lyudmila Zakharenko
2435 South Drive
Santa Clara, CA 95051

Maksim Doborovolskii
9540 49th Pl W
Apt 28G
Mukilteo, WA 98275

Maksim Semeniuk
729 E Doran St
Apt 205
Glendale, CA 91206

Maksim Volkomorov
4903 Indian Oaks Ct
Sacramento, CA 95841

Maksym Gurkivskyi
10823 Northcoak Square
Cupertino, CA 95014

Maksym Iurchenko
4095 Windansea Lane
Rancho Cordova, CA 95742

Maksym Kulikovskiy
3524 Treleaven Court
Antelope, CA 95843

Maksym Pashkovski
7840 Antelope Raod
Apt 118
Citrus Heights, CA 95610

Maksym Solovei
5421 Palm Ave
Apt 14
Sacramento, CA 95841

Maksym Toporin
16038 Veridian Circle
San Diego, CA 92127

Marat Shaimandanov
5414 Newcastle Ave
Apt 69
Encino, CA 91316

Maria Kharitonova
1408 21st Ave
San Francisco, CA 94122

Marianna Fabian
13310 161st Street Ct E
Puyallup, WA 98374

Mariia Blinova
5432 Roundtree Court
Apt A
Concord, CA 94521

Mariia Dluzhnevska
1912 W Chase Ave
Apt 305
Chicago, IL 60626

Mariia Kharlanova
814 Valle Vista Ave
Vallejo, CA 94590

Mariia Laminskaia
884 Panorama Drive
Allen, TX 75013

Mariia Minaeva
1558 Gordon St
Apt 112
Los Angeles, CA 90028

Marina Badrefdinova
950 Spanish Needle Trail
Apt 3102
Fort Worth, TX 76177

Marina Domoratokaia
9505 Gold Coast Dr
Apt 2
San Diego, CA 92126

Mark Gusev
10543 Caminito Baywood
San Diego, CA 92126

Maryna Holovan
6221 Sawyer Loop Rd
Apt 113
Sarasota, FL 34238

Maryna Kazakova
7226 NE 171st Lane
Kenmore, WA 98028

Maxim Burdin
725 N 7th Street
San Jose, CA 95112

Maxim and Vasilii Makarov
480 Redwood Ave
Sacramento, CA 95815

Maxim Ashuev
3037 Wolfpack Loop
Bryan, TX 77808

Maxim Bochkarev
5310 Loma Linda Ave
Apt 9
Los Angeles, CA 90027

Maxim Gorenskiy
6888 Palmetto Circle S
Apt 907
Boca Raton, FL 33433

Maxim Smuli
2250 Lantham Street
Apt 38
Mountain View, CA 94040

Mikhail Blagushin
830 Saratoga Ave
Apt C207
San Jose, CA 95129

Mikhail Cheporov
17 Paddock Lane
Greer, SC 29650

Mikhail Golikov
6305 Glen Forest Drive
Greenville, SC 29607

Mikhail Konovalov
Izmaylovskiy Proyezd 9 Building 2
Apt 10
Moscow, Russia,

Mikhail Kriukovskii
768 Saratoga Ave
Apt 206
San Jose, CA 95129

Mikhail Shliachkov
716 Pacific Ave
Apt 303
San Francisco, CA 94133

Mikhail Stetluc
1519 Iroquois Court
Pensacola, FL 32534

Mikita Kabeleuski
1840 Fescue Drive
Aurora, IL 60504

Muratbek Abetayev
1880 Cowell Blvd.
Apt 152
El Macero, CA 95618

Mykhailo Kostyk
138 S B Street
Apt 7
San Mateo, CA 94401

Mykhailo Shapalov
1347 N Alta Vista Blvd
Apt 1
Los Angeles, CA 90046

Mykola Hamazda
6821 Silverthorne Circle
Sacramento, CA 95842

Mykola Ivnyyskyl
13513 W 6th Ave
Apt 115C
Airway Heights, WA 99001

Mykyla Safronenko
4131 Kingridge Drive
San Mateo, CA 94403

Nadejda Filatova
806 Baptist Lane
Apt B
Key West, FL 33040

Nadezhda Pietneva
1381 Floyd Ave
Sunnyvale, CA 94087

Nadezhda Skokova
3512 Vision COmmon
Apt 308
Fremont, CA 94538

Natalia Chernakova
32398 Gardenvail Drive
Temecula, CA 92592

Natalia Gubanova
525 Willard Drive
Apt 1212
Folsom, CA 95630

Natalia Savostina
5546 Hackberry Lane
Sacramento, CA 95841

Natalia Stromova
45 Bakhtereva Street, Bldg 2
Apt 247
Moscow, Russia, 115516

Natalia Villanueva
300 Elmhurst Street
Apt 24
Hayward, CA 94544

Natalie Diminscaia
1053 Second Street
Apt 4
Lafayette, CA 94549

Nataliia Ezhova
213 Lower Via Casitas
Greenbrae, CA 94904

Nataliia Solodkova
4320 Horseshoe Pick Lane
Valrico, FL 33594

Nataliia Zadorozhnia
2 Townsend Street
Apt 4-406
San Francisco, CA 94107

Nikita Oleinichuk
4673 White Horse Pike
Egg Harbor City, NJ 08215

Nikita Savrov
111 Longpoint Way
Gaithersburg, MD 20878

Nikolai Bezzametnov
101 Kenwood Way
San Francisco, CA 94127

Nikolai Ishchenko
10713 NE 124th Ave
Vancouver, WA 98682

Nikolai Krokhin
10501 Fair Oaks Blvd
Apt 56
Fair Oaks, CA 95628

Nikolai Lavritov
8833 Canarsie Ave
Orangevale, CA 95662

Nikolai Matveev
5724 North Ave
Carmichael, CA 95608

Nikolai Romanov, Olesia and Dinara Romanova
3630 Barham Blvd
Apt Z306
Los Angeles, CA 90068

Nikolai Tokarev
3067 Bryant Park Drive
New Port Richey, FL 34655

Nikolai Vetrik
6035 Cheshire Way
Citrus Heights, CA 95610

Nikolay Gushachenko
37160 Running Springs Road
Murrieta, CA 92563

Nikolay Gushachenko
37160 Running Springs Rd
Murrieta, CA 92563

Nikolay Zimonov
9338 Jamison Ave
Apt B
Philadelphia, PA 19115

Nikolay Zuritskiy
1113 Grantham Drive
Sarasota, FL 34234

Nikot Masiakova
2364 Funston Ave
San Francisco, CA 94116

Nina and Vera Popova
13504 Citicards Way
Apt 2307
Jacksonville, FL 32258

Nina Evseeva
27892 Cinnamon Ave
Mission Viejo, CA 92691

Oksana Budiak
1000 Harvey Dr.
Apt 555
Walnut Creek, CA 94597

Oksana Shinaeva
33 Union Square
Apt 1215
Union City, CA 94587

Oleg Burkov
815 Bryte Ave
Apt 32
Sacramento, CA 95605

Oleg Chirikin
3623 Kirkham Street
San Francisco, CA 94122

Oleg Demidov
421 Chestnut Ave
San Bruno, CA 94066

Oleg Galanskyi
P. O. Box 8215
Goleta, CA 93118

Oleg Golnik
732 Williams Ave
Sacramento, CA 95838

Oleg Ievsielev
8700 Taunton Drive
Huntersville, NC 28078

Oleg Kaznacheev
413 W Big Bear Blvd
Big Bear City, CA 92314

Oleg Mokerov
6065 Sundale Way
Fair Oaks, CA 95628

Oleg Rakhaev
1050 Court Street
Apt 522
San Rafael, CA 94901

Oleg Shchaklin
414 NW Knights Ave
Apt 500
Lake City, FL 32055

Oleg Sinkevich
15995 Cerro Vista Drive
Los Gatos, CA 95032

Oleh Paviyuk
9330 Hillery Drive
Apt 10307
San Diego, CA 92126

Oleksandr Chashchin
383 E Maude Ave
Sunnyvale, CA 94085

Oleksandr Gladkov
2021 Benita Drive
Apt 2
Rancho Cordova, CA 95670

Oleksandr Yehorov
2144 Moonbrook Circle
Hercules, CA 94547

Oleksandra Chernykova
1906 Park Stream Court
Apex, NC 27502

Oleksi Skalatskyi
344 Lazy Meadow Dr East
Jacksonville, FL 32225

Oleksii Davydovskyi
6161 Shadow Lane
Apt 261
Citrus Heights, CA 95621

Oleksii Dudin
13713 90th Ave NE
Kirkland, WA 98034

Oleksii Kysil
4739 245th Lane SE
Issaquah, WA 98029

Olena Shtets
356 Caliente Dr
San Leandro, CA 94578

Olesia Sibirskaia
19 Temers Drive
Apt 22
Sausalito, CA 94965

Olga Khudiakova
6112 Tremain Dr.
Citrus Heights, CA 95621

Olga Kovrizhnykh
4930 Dover Lane
APt 1503
Sacramento, CA 95842

Olga Rozenberg
568 El Camino Real
Apt 354
Santa Clara, CA 95050

Onieka Walton
16454 Pinewood St
Fontana, CA 92336

Pavel Kurbatov
6504 18th Street
Rio Linda, CA 95673

Pavel Pozdniakov
17060 51st Avenue N
Minneapolis, MN 55446

Pavel Vinogradov
67546 County Road 23
New Paris, IN 46553

Pavel Vlasenko
721 Box Canyon Road
Canoga Park, CA 91304

Rafael Fazalov
6022 Sundale Way
Apt 65
Fair Oaks, CA 95828

Ravil Abashidza
3210 Riverside Drive
Los Angeles, CA 90027

Regina Abuzarova
743 Southview Rd
Apt D
Arcadia, CA 91007

Rekhimzhan Mussayev
4395 O'Conner Way
Sacramento, CA 95838

Reshat Aliev
535 Gundersen Drive
Apt 203
Carol Stream, IL 60188

Rinat Basyrov
28309 Esplanada Dr.
Valencia, CA 91354

Rinat Iskhacov
150 SE 3rd Ave
Apt 627
Fort Lauderdale, FL 33301

Rinat Minazev
4800 Robert Frost Way
Sacramento, CA 95842

Rmoan Carmaliuc
2117 Holly Hill Lane
Carrollton, TX 75007

Robert Khakimov
3 Petna
Irvine, CA 92606

Roman Agafonov
292 Howe Ave
Apt D
Sacramento, CA 95825

Roman Badiu
1050 Norsis Dr.
Pittsburgh, PA 15220

Roman Belotckli
7915 Alma Mesa Way
Citrus Heights, CA 95610

Roman Bogdan
2405 Vine Circle Rd
Rocklin, CA 95765

Roman Diedov
3025 NE 130th Street
Apt 512
Seattle, WA 98126

Roman Dorokhin
5724 North Ave.
Carmichael, CA 95608

Roman Korenov
4501 Cyclamen Way
Sacramento, CA 95841

Roman Korolev
11 Bella Minozza
Lake Elsinore, CA 92532

Roman Kushnir
5811 Zoram Ct
Sacramento, CA 95841

Roman Mamatov
1239 Gordon Street
Los Angeles, CA 90038

Roman Peshkov
95 5th Avenue
Apt 339
San Mateo, CA 94402

ROman Prystupa
7344 Watt Ave
Apt 39
North Highlands, CA 95660

Roman Safronov
301 Invernes Way S
Apt 207
Englewood, CO 80112

Roman Samsonov
2745 Orchard Lane
Apt 2207
Sacramento, CA 95833

Roman Shamaev
3131 Homestead Road
Apt 12F
Santa Clara, CA 95051

Roman Skoruk
5805 Palm Ave
Apt 216
Sacramento, CA 95841

rtem Startsev
1568 Gordon Street
Apt 112
Los Angeles, CA 90028

Rusian Abdrakhmanov
4815 College Oak Drive
Apt. 10
Sacramento, CA 95841

Rusian Asadullin
3686 Barham Blvd.
Apt H206
Los Angeles, CA 90068

Rusian Samatov
5520 Generals Place
Apt 67
North Highlands, CA 95660

Rusian Vasiliev
1413 NW 64th St
Apt 4
Seattle, WA 98107

Rusian Zemtsov
13628 Hilleary Place
Apt 209
Poway, CA 992064

Rusian Zholdassov
1421 Skibbereen Way
Rocklin, CA 95765

Rustam Borzov
16239 Ottawa Court
Apt 11
Sunnyvale, CA 94087

Samat Abdyzhaparov
2149 77th Street
Apt 2F
Brooklyn, NY 11214

Samuela Kozina
3315 Jayanne Way
Carmichael, CA 95608

Sandro Khutidze
453 Union Street
San Francisco, CA 94133

Semen Iurkov
2800 81st Ave SE
Apt 340
Mercer Island, WA 98040

Sergei Chirkov
522 Foster Place Drive
Inman, SC 29349

Sergei Gliadiaev
4555 Cahuenga Blvd
Apt 4
North Hollywood, CA 91602

Sergei Iuri
3850 Klahanie Drive SE
Apt 18-201
Issaquah, WA 98029

Sergei Kornaukhov
2913 Merriam Lane
El Dorado Hills, CA 95762

Sergei Kostriukov
100 N Whisman Rd
Apt 1222
Mountain View, CA 94043

Sergei Kulikov
1735 Chelsea Way
Roseville, CA 95661

Sergei Kurkin
392 Elvin Street
Staten Island, NY 10314

Sergei Nivin
550 N. Figueroa Street
Apt 7036
Los Angeles, CA 90012

Sergei Prokopov
613 Copperwood Court
Woodruff, SC 29388

Sergei Strazh
6606A NE 94th Ave
Vancouver, WA 98662

Sergei, Alexander, Dmitri and Aleksandr Petro
9809 Carson Whitley Ave
Charlotte, NC 28277

Sergey Buyanov
35 Benneywater Rd
Port Jervis, NY 12771

Sergey Lytkov
1921 California Street
Apt 24
Mountain View, CA 94040

Sergey Mantula
7816 Pomeroy Way
Citrus Heights, CA 95610

Sergey Mikov
339 Alpine Drive
Colfax, CA 95713

Sergey Morar
3200 Cheviot Vista Place
Apt 17
Los Angeles, CA 90034

Sergie Glazachev
6065 Sundale Way
Apt 94
Hood, CA 95639

Sergie Popovkin
825 San Joan Road
Apt 66
Sacramento, CA 95834

Sergii Aleksandrov
31928 Stillmeadow Drive
Zephyrhills, FL 33543

Sergii Getman
1911 Mills Rd
Ozark, MO 65721

Sergii Siminov
9505 Gold Coast Drive
Apt 2
San Diego, CA 92126

Sergiy Popeta
10412 NE 123rd Street
Kirkland, WA 98034

Sergiy Savkin
3140 Andrus Island Court
West Sacramento, CA 95691

Sergy Meluk
8881 Glori Dawn Dr
Orangevale, CA 95662

Serhil Fastovets
840 Antoinette Lane
Apt E
South San Francisco, CA 94080

Serhil SIbel
1258 N Sweetzer Ave
Apt 1
West Hollywood, CA 90069

Shavkat Akhmetov
2264 Cottage Way
Apt 8
Sacramento, CA 95825

Siarhal Bachkouski
602 Somerset Ave.
Dundee, IL 60118

Siarhei Holub
250 Coggins Dr
Apt 123
Pleasant Hill, CA 94523

Siarhel Skakun
1059 White Willow Drive
Spartanburg, SC 29303

Silvia Blaguescu
7532 Greenback Lane
Apt 216
Citrus Heights, CA 95610

Smitri Perlazev
12303 Harbor Pointe Blvd.
Apt 1305
Mukilteo, WA 98275

Sofya Dorokhova
1590 Sunnyvale Ave.
Apt 34
Walnut Creek, CA 94597

SSergey Ukhlivanov
2537 Pinnacles Drive
Rocklin, CA 95677

Stanislav Nepohodin
11936 W Magnolia Blvd
Apt 102
Valley Village, CA 91607

Stanislav Pakarin
2649 Mozart Ave
San Jose, CA 95122

Stepan Bystrov
1229 7th Ave
San Francisco, CA 94122

Svetlana Filina
1250 Tramel Roaad
Sevierville, TN 37862

Svetlana Iazovskikh
4317 NE 66th Ave
Apt 193
Vancouver, WA 98661

Svetlana Kaff
1728 Union Street
Suite 307
San Francisco
CA 94123

Svetlana Konstantinova
765 Live Oak Ave
Apt A
Menlo Park, CA 94025

Svetlana Nesterovich
315 Thursdaon St
Wrentham, MA 02093

Svetlana Stepanyan
1756 Carmel Drive
Apt 309
Walnut Creek, CA 94595

Svetlana Zyuban
34 Crescent Street
Apt 7
Waltham, MA 02453

Talgat Zhakupov
11501 26th Avenue
San Francisco, CA 94122

Tamara Ferapontova
15808 Bear Creek Pkwy
Apt 529
Redmond, WA 98052

Tatiana Bicherschii
650 Dogleg Lane
Forest Park, IL 60130

Tatiana Manchnko
7453 Autumn Ave
Citrus Heights, CA 95621

Tatiana Ogletree
1000 Escalon Ave
Apt I 1068
Sunnyvale, CA 94085

Tatiana Zaytseva
1816 Cayman Way
Vista, CA 92081

Tetiana Berzhna
429 43rd Ave
San Francisco, CA 94121

Tetiana Oliynyk
10310 Ranch Road 2222
apt 2238
Austin, TX 78730

Tetlana Antoniuk
1254 Detroit Ave
Apt 5
Concord, CA 94520

Tetyana Prasol
90 Lyford Drive
Apt 3
Belvedere Tiburon, CA 94920

Tikhon Aleksandrov
3417 Lincoln Way
Apt 1
San Francisco, CA 94122

Timofei Kosmachev
3910 Chapman St
Apt 103
San Diego, CA 92110

Timur Miftakhov
128 Douglas Rd W
Apt E
Oldsmar, FL 34677

Timur Mitrofanov
7816 Lakeport Circle
Elverta, CA 95626

Vadim and NikolayShikunov
1015 W 17th Street
Los Angeles, CA 90015

Vadim Feldman
3313 Haviland Court
Apt 301
Palm Harbor, FL 34684

Vadim Finski
2395 Buena Vista Ave
Apt B
Walnut Creek, CA 94597

Vadim Loparevich
1011 Walford Drive
Forney, TX 75126

Vadim Shukhov
10351 Riley Road
Wakarusa, IN 46573

Vahe Tagmazyan
11 Dorothy Way
Novato, CA 94945

Valentin Kudriavstev
804 Saratoga Ave
Apt B 105
San Jose, CA 95129

Valentina Bacliscav
465 14th Ave.
Apt 6
San Francisco, CA 94118

Valentyna Milchevska
2144 Moonbrook CCircle
Roseville, CA 95747

Valerii Chernyshev
18012 Hiawatha Street
Apt 276
Northridge, CA 91326

Valerija Bohonko
115 Dearborn Place
Apt 108
Goleta, CA 93117

Valeriy Borodin
1431 Saratoga Ave
Apt 235
San Jose, CA 95129

Valeriy Sokolenko
1890 Junction Blvd.
Apt 2023
Roseville, CA 95747

Varvara Stewart
1553 14th St East North
Columbia Falls, MT 59912

Vasilii Aramilev
6624 Pictorial Ave
Edmonds, WA 98026

Vasilii Kulakov
2033 Benita Drive
Apt 3
Rancho Cordova, CA

Vasilii Volnykh
24043 County Road 32
Goshen, IN 46526

Vasilli Abramov
4814 Suncrest Way
Fair Oaks, CA 95628

Vasily Tarasov
840 Holly Way
Placerville, CA 95667

Vasyl Nesterenko
7100 San Ramon Rd
Apt 110
Dublin, CA 94568

Vasyl Shylo
1824 Monterey Pines Drive
Roseville, CA 95747

Vasyl Skiirov
4207 S Dale Mabry Hwy
Apt 3310
Tampa, FL 33611

Vener Valeev
4800 Marconi Ave
APt 145
Carmichael, CA 95608

Vera & Natalya Malakhova
140 Old Bridge Lane
Summerville, SC 29485

Vera Manukyan
706 City Walk Place
Apt 8
Hayward, CA 94541

Vera Mokerova
6022 Sundale Way
Apt 65
Fair Oaks, CA 95628

Vera Shelyakina
6312 Whitecliff Way
North Highlands, CA 95660

Veronika Minina
2450 Plum Grove Rd
Apt 414
Schaumburg, IL 60173

Victor and Petr Volodin
3610 Auburn Blvd
Apt 13
Sacramento, CA 95821

Victor Zavodyan
808 Salt Court
Redwood City, CA 94065

Victoria and Artem Kim
2109 Wentworth Drive
Flower Mound, TX 75028

Victoria Shamrai
4390 Ithaca Lane N
Minneapolis, MN 55445

Viktor Kyba
7359 Grandview Court
Carpentersville, IL 60110

Viktor Nogtev
10912 Gadsten Way
Rancho Cordova, CA 95670

Viktor, Dmitri and Sergei Kotlov Kotlov
355 Sunol St
Apt 449
San Jose, CA 95126

Viktoria Metisheva
4146 Madison Ave
Apt 44
North Highlands, CA 95660

Viktoria Trofimova
700 Vallejo Ave
Apt 102
Roseville, CA 95661

Viktoriia Kryvonizhko
P O. Box 4404
Hayward, CA 94540

Viktoriia Pototskaia
201 Mountain Park Blvd. SW
Apt D 301
Issaquah, WA 98027

Viktoriia Silivannikova
2261 Villa Font Way
Apt A
Sacramento, CA 95825

Viktoriia Vorontsova
116 Aylesbury Lane
Indian Trail, NC 28079

Violetta Troshina
4320 Van Nuys Blvd
Apt 201
Sherman Oaks, CA 91403

Violin Surachi
14700 NE 29th Place
Apt 230
Bellevue, WA 98007

Vitali Domashenko
5805 Charlotte Drive
Apt 519
San Jose, CA 95123

Vitalii Antonenko
10466 Iliff Court
Rancho Cordova, CA 95670

Vitalii Bykov
7915 Alma Mesa
Citrus Heights, CA 95610

Vitalii Golikov
8327 Fair Oaks Blvd
Apt 48
Carmichael, CA 95608

Vitalii Horpynych
450 Fulton Street
Apt 1
San Francisco, CA 94102

Vitalii Tarasenko
933 Carro Drive
Apt 2
Sacramento, CA 95825

Vitalii Zamanov
14532 Inca Court
Westminster, CO 80023

Vitalii Zinchenko
5734 Callie Lane
Apt A
Sacramento, CA 95841

Vitaliy Yegunov
1890 Junction Blvd
Roseville, CA 95747

Vitaly Cherkasov
4852 Coldbrook Ave
Lakewood, CA 90713

Vitaly Koshelev
3380 Daley Cengter Drive
Apt 1913
San Diego, CA 92123

Vlacheslav Kolosov
500 Parq Lane
Apt 462
Parsippany, NJ 07054

Vlacheslav Zakharov
124 Robie Road
Apt 301
Walnut Creek, CA 94597

Vlada Belaya
5403 W 8th Street
Apt 202
Los Angeles, CA 90038

Vladimir & Mykola Nekrasov
10556 Redburn Lane
Apt 1
Rancho Cordova, CA 95670

Vladimir Batanov
3910 Auburn Blvd.
Apt 48
Sacramento, CA 95821

Vladimir Bukach
3301 Vine Circle
Rocklin, CA 95765

Vladimir Iseev
2300 Auburn Blvd
Apt 134
Sacramento, CA 95821

Vladimir Kozachenko
342 Hauser Blvd
Apt 215
Los Angeles, CA 90036

Vladimir Kruglov
403 Picasso Way
Folsom, CA 95630

Vladimir Mironov
200 E Dana Street
Apt F133
Mountain View, CA 94041

Vladimir Strigunov
333 Dakota Ave
Apt A
Santa Cruz, CA 95060

Vladimir Vasilkov
2417 N Lincoln St
Apt 201
Burbank, CA 91504

Vladimir Vishnia
116 Aylesbury Lane
Indian Trail, NC 28079

Vladislav Avadanil
444 Saratoga Ave.
Apt 5A
Santa Clara, CA 95050

Vladislav Mikheev
4513 N Florida Ave
Apt 203
Tampa, FL 33603

Vladislav Savostin
308 Chan Court
Folsom, CA 95630

Vladislav Shashko
7 Rollins Farm Drive
Stratham, NH 03885

Vlodymyr Zubko
225 Pamela Drive
Apt 8
Mountain View, CA 94040

Volodymyr & Vira Melnechuk
4100 Laurel Point Pl
Antelope, CA 95843

Volodymyr Diakov
7435 Ranch Ave.
Citrus Heights, CA 95610

Volodymyr Shumskyi
15088 Ginetti Street
Nokomis, FL 34275

Volodymyr Vlasiuk
1584 Mendenhall Drive
Apt 1
San Jose, CA 95130

VolodymyrChurbanov
5307 Lakemont Blvd SE
Apt 1134
Bellevue, WA 98006

Volotymyr Soputnyak
5389 Playa Vista Drive
Apt D139
Los Angeles, CA 90094

Vyachesia Garashenko
9624 Frontier Ave SE
Apt A102
Snoqualmie, WA 98065

Yana Lukach
1985 Ellis Street
Apt 6
San Francisco, CA 94115

Yaroslav Fedoriaka
840 Antoinette Lanue
Apt E
South San Francisco, CA 94080

Yelena Lunyakina
4816 Tacomic Dr
Sacramento, CA 95842

Yelena Tulyubekova
1298 Antelope Creek Drive
Apt 334
Roseville, CA 95678

Yelizaveta Pyiunina
561 Fairway View Court
Apt 3C
Zion, IL 60099

Yelzaveta Burmitska
2101 Shoreline Drive
Apt 228
Alameda, CA 94501

Yevgen Gak
2800 S Lakeline Blvd
Apt 218
Cedar Park, TX 78613

Yevgeniya Kozhanova
10349 Craftsman Way
Apt 210
San Diego, CA 92127

Yevhen Kharinsyi
10123 Roseangel Lane
Helotes, TX 78023

Yevhen Maslii
465 Verducci Drive
Apt 1
Daly City, CA 94015

Yevhenii Irza
6841 Day Drive
Apt A825
Cleveland, OH 44129

Yulia Adamenko
5545 Marconi Ave.
Apt 124
Carmichael, CA 95608

Yulia Khmelevskaya
101 Wood Oak Trail
Weatherford, TX 76088

Yulia Lopachak
5538 W Bryn Bawr Ave
Apt 3S
Chicago, IL 60646

Yuliia Borovyk
12511 Honore Ave
Apt 315
Sarasota, FL 34238

Yuliia Horshkov
7050 Talmage
El Dorado Hills, CA 95762

Yuri Lysiuchenko
176 Towne Terrace
Apt 2
Los Gatos, CA 95032

Yurii Pushkarov
826 Red Lion Road
Apt E18
Philadelphia, PA 19116

Yuriy Dikov
22512 Logwood Ave
Boca Raton, FL 33428

Yuriy Tashiykov
2610 228th St SW
Maple Valley, WA 98038

Yury Koshkin
6601 Blue Oaks Blvd
Apt 4703
Rocklin, CA 95765

Yury Svilel
830 Trace Drive
Apt 108
Buffalo Grove, IL 60089

Yury Zialionka
8342 S Russet Lane
Highlands Ranch, CO 80126

Yury Zolotov
4942 Spruce Pine Lane
Sacramento, CA 95842

Zaur Mamedov
4830 Watt Ave
Apt 49
North Highlands, CA 95660

Zhannur Kusparmakov
4963 Campbell Ave
APT 10
San Jose, CA 95130

Zukhurdin Saliyev
347 Dolores Street
Apt 205
San Francisco, CA 94110

United States Bankruptcy Court

Northern District of California

In re: Law Offices of Svetlana L. Kaff, P.C.

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____07/30/2025_____

/s/ Svetlana Kaff
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor