Richard Kwun SBN: 249134
The Ashley Law Group
1117 2nd St.
Sacramento, CA 95814
Telephone: 916-501-0693
Facsimile: 916-209-9979
E: richard@theashleylawgroup.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

Law Offices of Svetlana L. Kaff, P.C.

Debtor

Case No: 25-30600

**Chapter 7**

REQUEST FOR SPECIAL NOTICE

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, THE STANDING TRUSTEE, THE DEBTOR AND THE ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102 (1) and 1109 (b), Richard Kwun attorney for Ihor Kurliak, the Creditor in the above- referenced case, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to the attorney for the Creditor, at the following address, and that the following counsel be added to the master mailing list:

Ihor Kurliak
c/o Richard Kwun Esq.
The Ashley Law Group
richard@theashleylawgroup.com

The foregoing includes not only notices and papers referred to in the Rules specified above specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether informal or formal, whether written or oral, whether transmitted or conveyed by mail, personal delivery, telephone, email or otherwise which affect or seek to effect in any way right or interests of the debtor.

Dated:  9/19/25

/s/Richard Kwun
Richard Kwun